# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR1435-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |
| ELIAS GODINEZ MONEALVO | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

DATED: September 26, 2018

**SO ORDERED.**

HON. DANA M. SABRAW
UNITED STATES MAGISTRATE JUDGE